SCWC-13-0005313

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SCOTT B. SMITH,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005313; S.P.P. NO. 13-1-0008(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ochiai in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Scott B. Smith's

application for writ of certiorari filed on September 30, 2015,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 10, 2015.

Scott B. Smith
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Dean E. Ochiai

